


**Joseph & Norinsberg LLC**
Fighting for Employee Justice

| | Manhattan Office | |
| --- | --- | --- |
| **Queens Office** | 110 East 59th Street, Suite 2300 | **Newark Office** |
| 69-06 Grand Avenue, 3rd Floor | New York, New York 10022 | One Gateway Center, Suite 2600 |
| Maspeth, New York 11378 | | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1515 Market Street, Suite 1200 | 225 Franklin Street, 26th Floor | 300 N. New York Ave, Suite 832 |
| Philadelphia, Pennsylvania 19102 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

Jon L. Norinsberg, Esq.
jon@norinsberglaw.com

January 6, 2025

**VIA ECF**
Hon. Dale E. Ho
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square, Room 905
New York, N.Y. 10007

Re:  Turner v. The Weed Shoppe, Inc.
     Case No. 1:24-cv-7995 (DEH) (KHP)
     <u>Status Letter</u>

> **APPLICATION GRANTED:** The Initial Conference set for 1/14/2025 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Thursday, February 13, 2025 at 2:00 p.m.
>
> **APPLICATION GRANTED**
> [signature]
> Hon. Katharine H. Parker, U.S.M.J.
> 01/07/2025

Dear Honorable Dale E. Ho:

     We represent Plaintiff Tavon Turner in the above-referenced matter. We write in response to the Hon. Katherine H. Parker's Order dated October 25, 2024, relating to the scheduled Initial Case Management Conference on January 14, 2025, and requiring the Parties to discuss whether they are willing to consent under 28 U.S.C. § 636(c) to conduct all further proceedings before an assigned Magistrate Judge, as well as to comply with the relevant Fed.R.Civ.P. prior to the scheduled hearing.

     Plaintiff initiated this action by filing a Complaint on October 21, 2024 [ECF No. 1]. On November 25, 2024, the affirmation of service was filed [ECF No. 8]. Defendant was required to answer or otherwise respond to the Complaint on or before December 22, 2024 [ECF No. 9]. To date, neither Defendant nor any other person has filed the requisite Notice of Appearance, nor has anyone filed an Answer or response to the initial Complaint.

     We respectfully request that Your Honor adjourn the hearing until such a time that such hearing would be feasible. We assure the Court that we are prepared to comply with all deadlines

and procedures. Specifically, it is our intention to file a motion for Default Judgment against the Defendant by the end of this week, should the Defendant fail to appear. We respectfully request that the Court not dismiss this case and allow us the opportunity to proceed with the prosecution of this matter.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

**JOSEPH & NORINSBERG, LLC**

Sincerely,

_____
Arjeta Albani, Esq.
Jon L. Norinsberg, Esq.
Bennitta L. Joseph, Esq.
*Attorneys For Plaintiff*
110 East 59th Street, Suite 2300
N.Y., N.Y. 10022
(212) 227-5700
Fax No. (212) 656-1889
arjeta@employeejustice.com
jon@norinsberglaw.com
bennitta@employeejustice.com