THE WEED SHOPPE INC.

C/O LEONARD MANNING

65 OAK LANE

STATEN ISLAND N.Y. 10312

January 17, 2025

Jon L. Norinsberg

110 E. 59th Street

Suite 2300

New York N.Y. 10022

Re: Civil Action No. 24-7995

Tavon Turner VS The Weed Shoppe Inc.


In response to the above Summons we are requesting that you withdraw your action for the following reasons:

1) Our website is fully WCAG compliant and notice thereof is on the website.
2) #9 of the summons states that Plaintiff intended to make an online purchase of cannabis infused gummies. This would be impossible as there is no legal way we can ship any THC products through third parties (USPS, FEDEX, DHL, UBER etc).
3) We did not offer delivery services nor would we ever offer any delivery service outside of Staten Island.

We are fully compliant. We cannot make any sales online to ship to any customers. We fully sympathize with Mr. Turner's situation however we could not sell to him or to anyone in fact, from our website. Cannabis is a Class 1 narcotic and shipping it to consumers violates Federal Law. Since we did not offer any type of delivery service no online purchase was possible. Therefore there were no damages to Mr. Turner.

In the event you wish to pursue this we would consider this a Frivolous Lawsuit and act accordingly. Since we are fully compliant and there were no damages to your client we see no basis for this action.

Sincerely,

Leonard Manning

STATE OF NEW YORK
**DEPARTMENT OF STATE**
ONE COMMERCE PLAZA
99 WASHINGTON AVENUE
ALBANY, NY 12231-0001
WWW.DOS.NY.GOV

KATHY HOCHUL
GOVERNOR

WALTER T. MOSLEY
SECRETARY OF STATE

December 05, 2024

65 OAK LANE
C/O MANNING
STATEN ISLAND NY 10312, USA

| | |
|---|---|
| RE: Party Served: | THE WEED SHOPPE INC. |
| Plaintiff/Petitioner: | TAVON TURNER |
| Receipt Number: | 202412050546 |
| Date Served: | 11/21/2024 |
| Section of Law: | SECTION 306 OF THE BUSINESS CORPORATION LAW |

To whom it may concern:

Enclosed is a legal document that was served upon the Secretary of State as the designated agent of the above named party. The Department of State is required by law to forward this legal document to the address on file for such party. This office is not authorized to offer legal advice. If you have any questions concerning this document, please contact your attorney.

Recently enacted legislation permits process to be served electronically on the Secretary of State as agent of a domestic or authorized foreign corporation, limited liability company, limited partnership, limited liability partnership, general association or condominium board, provided such entity has provided the Department of State with an email address for electronic service of process notification.

If the above named party has not already done so, it may provide the Department of State with an email address to which the Department will email a notice of the fact that process against such party has been electronically served upon the Secretary of State. A copy of any process served electronically will be made available to the party served through the Department's Electronic Service of Process webpage. Entities may provide the Department with an email address through the amendment procedure permitted by the law for such entity.

Sincerely,

Department of State
Division of Corporations, State Records
and Uniform Commercial Code
(518) 473-2492



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

Tavon Turner, on behalf of himself and all others similarly situated,

*Plaintiff(s)*

v.

The Weed Shoppe Inc.

*Defendant(s)*

Civil Action No. 24-7995

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Weed Shoppe Inc.
c/o Leonard Manning
65 Oak Lane
Staten Island, NY 10312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jon L. Norinsberg, Esq.
JOSEPH & NORINSBERG, LLC
110 East 59th Street, Suite 2300
New York, N.Y. 10022
jon@norinsberglaw.com
(212) 227-5700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    10/22/2024

/S/ V. BRAHIMI
*Signature of Clerk or Deputy Clerk*



The Weed Shoppe
c/o Leonard Maining
65 Oak Lane
Staten Island, NY 10312

Pro se

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007