Case 1:24-cv-07995-DEH-KHP   Document 13   Filed 02/11/25   Page 1 of 2



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/11/2025

**MEMO ENDORSED**

## Joseph & Norinsberg LLC
### Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, NY 10007

**Midtown Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Arjeta Albani, Esq.**
arjeta@employeejustice.com

February 11, 2025

**VIA ECF**
Hon. Dale E. Ho
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 905
New York, N.Y. 10007

> **APPLICATION GRANTED:** The Initial Conference set for Thursday, February 13, 2025 at 2:00 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Thursday, February 27, 2025 at 2:00 p.m.** The Plaintiff is directed to serve a copy of this endorsement on the Defendant.
>
> **APPLICATION GRANTED**
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 02/11/2025

Re:   *Turner v. The Weed Shoppe, Inc.*
      Case No. 1:24-cv-7995 (DEH) (KHP)

Dear Honorable Dale E. Ho:

    We represent Plaintiff Tavon Turner ("Plaintiff") in the above-referenced Americans with Disabilities Act ("ADA") matter against Defendant The Weed Shoppe, Inc. ("Defendant") (collectively, the "Parties"). We submit this letter to request an adjournment of the Initial Pre-Trial Conference scheduled for February 13, 2025, at 2:00 p.m. This request is necessitated by two key factors:

1. **Defendant's Failure to Retain Counsel:** Despite being informed of their obligation to do so prior to the hearing, Defendant has failed to retain counsel. As per federal law, specifically 28 U.S.C. § 1654, corporations cannot represent themselves in court and must be represented by an attorney.
2. **Engagement in Trial:** The undersigned is currently engaged in trial proceedings before the Honorable David B. Cohen in New York County Supreme Court, on the matter Dawson v. AMC et al., Index No. 155213/2020. This trial has commenced and is expected to continue past the date of the Initial Pre-Trial Conference.

    We apologize to the Court for the lateness of this adjournment request and would respectfully ask that the Court adjourn the Initial Pre-Trial Conference for approximately two weeks to a date and time convenient for the Court. We are committed to resolving this matter promptly and believe that a short adjournment will not adversely affect the progress of this case. Should this Court grant the adjournment, and Defendant continues to fail in retaining counsel, we will address this issue promptly to ensure compliance with legal requirements.

7

      We apologize for any inconvenience this may cause and appreciate the Court's understanding and consideration in this matter.

      Thank you for your consideration.

                                      Sincerely,

                                      _____
                                      Arjeta Albani, Esq.
                                      Attorney for Plaintiff
                                      110 East 59th Street, Suite 2300
                                      New York, New York 10022
                                      Tel. No.: Tel: (212) 791-5396
                                      Fax No.: (212) 406-6890
                                      Arjeta@employeejustice.com

c.c.
The Weed Shoppe, Inc.
C/O Leonard Manning
65 Oak Lane
Staten Island, New York
10312