

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Arjeta Albani, Esq.
arjeta@norinsberglaw.com

April 8, 2025

<u>**VIA ECF**</u>
Hon. Dale E. Ho
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, N.Y. 10007

      **Re:   Turner v. The Weed Shoppe**
            **Case No. 1:24-cv-007995 (DEH) (KHP)**
            <u>**Notice of Settlement**</u>

Dear Judge Ho;

    We represent Plaintiff Tavon Turner ("Plaintiff") in the above-referenced matter. We write with Defendant's consent to advise the Court that the parties have reached a settlement in principle in the above-refenced matter. The parties are finalizing the settlement documents and expect to file a stipulation of dismissal within the next sixty (60) days.

    Based on the foregoing, we respectfully request an adjournment of all conferences and deadlines *sine die.*

    We thank the Court for its time and consideration.

                                            Respectfully submitted,

                                            Arjeta Albani, Esq.
                                            Attorney for Plaintiff
                                            110 East 59th Street, Suite 2300
                                            New York, New York 10022

                                                    Tel. No. (212) 791-5396  
                                                    Fax No. (212) 406-6890  
                                                    Arjeta@employeejustice.com

CC: Jeffrey S. Ehrlich, P.C.  
     jehrlichlaw@gmail.com