USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/09/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TAVON TURNER,

                                           Plaintiff,                                      **24-CV-7995 (DEH) (KHP)**

       -against-                                              **ORDER ADJOURNING INITIAL**
                                                                             **CASE MANAGEMENT**
THE WEED SHOPPE,                                                **CONFERENCE**

                                            Defendant,
-----------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on April 8, 2025 (doc. no 17) the Initial Case Management Conference currently scheduled for **April 9, 2025** is hereby adjourned *sine die*.

        SO ORDERED.

DATED:        New York, New York
                    April 9, 2025

                                                                     _____
                                                                     KATHARINE H. PARKER
                                                                     United States Magistrate Judge